UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

QUEONTAY DL CHAPMAN,

                          Plaintiff,

v.                                                    Case No. 25-cv-2052-pp

MILWAUKEE COUNTY JAIL MEDICAL STAFF, *et al.*,

                          Defendants.

_____

**ORDER DENYING PLAINITFF'S MOTION FOR LEAVE TO PROCEED WITHOUT PREPAYING FILING FEE (DKT. NO. 2)**

_____

Plaintiff Queontay DL Chapman, who is incarcerated at the Milwaukee County Jail and is representing himself, filed a complaint and a motion for leave to proceed without prepaying the filing fee. Dkt. Nos. 1, 2. The Prison Litigation Reform Act ("PLRA") applies to this case because the plaintiff was incarcerated when he filed this lawsuit. See 28 U.S.C. §1915(h). Under the PLRA, an incarcerated person may not bring a civil lawsuit or appeal a civil judgment without prepaying the filing fee:

> if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. §1915(g). Commonly known as the "three-strikes" provision, an incarcerated individual is said to have "struck out" once he or she has accrued three strikes under this section.

Court records show that the plaintiff has accumulated five strikes: (1) Chapman v. Milwaukee Cnty. Jail, Case No. 25-cv-1611-BHL (E.D. Wis.)

1

(dismissed as frivolous on December 12, 2025); (2) Chapman v. Milwaukee Cnty. Jail, Case No. 25-cv-1612-BHL (E.D. Wis.) (dismissed as frivolous on December 12, 2025); (3) Chapman v. Milwaukee Cnty. Jail, Case No. 25-cv-1668-BHL (dismissing as frivolous on December 12, 2025); (4) Chapman v. Dantzler, Case No. 25-cv-1588-BHL (dismissed for failure to state a claim and as frivolous on December 12, 2025); and (5) Chapman v. Milwaukee Cnty. Jail, Case No. 25-cv-1760-BHL (E.D. Wis.) (dismissed as frivolous on December 12, 2025).

Further, although the claims in the instant complaint are difficult to follow, the plaintiff does not appear to allege any facts showing that he is in imminent danger of serious physical injury. He appears to allege that jail workers took his protein boost; that the food available is not nutritious; that kitchen workers put "street weed" or "fake weed" in his food; that not having his protein is giving him headaches; that police are putting cancer "polips" or something to cause "hemroids" in his food; when he is in the disciplinary unit there is police brutality; he did not get the papers he asked for on the kiosk; when he went to the "hole" his food was contaminated with marijuana; he was put in a pod near a person with whom he's been in fights; he has a bleeding rectum, which jail officials don't care about; his federal case number was changed without his notice; a person died in his old cell; and correctional officers "lied on" him." Dkt. No. 1 at 2-4. None of these allegations demonstrate that the plaintiff is in imminent danger of serious physical injury.

The plaintiff is not eligible for the "imminent danger of serious physical injury" exception to the "three strikes" provision under 28 U.S.C. §1915(g), which means that to proceed with this lawsuit he must pay the full civil case filing fee in full.

2

The court **DENIES** the plaintiff's motion to proceed without prepaying the filing fee. Dkt. No. 2.

The court **ORDERS** that if he wants to proceed with this case, the plaintiff must pay to the Clerk of Court the full $405 civil case filing fee in time for the court to *receive it* by the end of the day on **January 30, 2026**. The court will not take any further action on this case unless and until it receives the full $405 filing fee. If the court does not receive the full $405 filing fee by the end of the day on January 30, 2026, the court will dismiss this case without prejudice and without further notice.

The court will send a copy of this order to: Office of the Sheriff, Fiscal Operations Rm 224, 821 W State Street, Milwaukee, WI 53233.

Dated in Milwaukee, Wisconsin this 8th day of January, 2026.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**